# United States Court of Appeals for the Federal Circuit

March 28, 2018

**ERRATA**

Appeal No. 2015-1928

**BOSCH AUTOMOTIVE SERVICE SOLUTIONS, LLC,**
*Appellant*

**v.**

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

Decided: December 22, 2017
Precedential Opinion

Please make the following change:

Page 22, line 32, delete the citation:

35 U.S.C. § 316(e).